Toledo, St. Louis and Kansas City Railroad Company *v.* Wingate.

Judgment reversed.

Filed December 13, 1895.

---

No. 1,875.

Filed March 13, 1896.

---

No. 1,064.

### TOLEDO, ST. LOUIS AND KANSAS CITY RAILROAD COMPANY *v.* WINGATE.

From the Fountain Circuit Court.

*Bayless & Guenther* and *C. Brown*, for appellant.

---

Johnson *et al. v.* Williams, Guardian.

---

LOTZ, J.—The facts of this case so far as the questions of negligence and contributory negligence are concerned, are the same as in the case of *Toledo, etc., R. R. Co.* v. *Wingate,* decided by the Supreme Court, 37 N. E. Rep. 274. This case and that arose out of the same transactions. The complaint in that case was held insufficient.

There is a slight difference in the allegations in that case and in this; but as the facts are the same, this cause is reversed on the authority of that case, with instructions to sustain the motion for a new trial, with leave to appellee to amend his complaint.

Filed December 19, 1895.